```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA'S PHOTOGRAPHY, INC,

          Plaintiff,

  -against-

AIR MAIL, LLC,

          Defendant.

24-CV-5848 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff filed its complaint on August 1, 2024. (Dkt. 1.) Plaintiff served defendant Air Mail, LLC on August 9, 2024 (Dkt. 11), making defendant's answer due August 30, 2024. Although that date has come and gone, Air Mail, LLC has not appeared and has not filed an answer to the complaint. To date, plaintiff has not requested a certificate of default.

    It is hereby ORDERED that, if Air Mail, LLC has not answered or otherwise responded to the complaint before **September 17, 2024**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       September 3, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**